UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELIZABETH DIROSA,

    Plaintiff,

v.                                                    Case No:   5:23-cv-693-JSM-PRL

TIMBERLAND PARTNERS INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. On February 7, 2025, the Court granted Plaintiff's counsel's motion to withdraw from the case. Plaintiff was directed to either retain counsel or advise the Court of her wish to proceed *pro se* within sixty (30) of the date of the Order. Failure to do so would result in the dismissal of the case for failure to prosecute the case. A review of the file reveals that Plaintiff has not timely filed a notice of proceeding *pro se* or retained counsel. As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.
2. All pending motions are denied as moot.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of March, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record